IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JARED HENDRIX; RETIRE CONGRESS NORTH DAKOTA; LIBERTY INITIATIVE FUND; TRENTON POOL; and ACCELEVATE 2020, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>MICHAEL HOWE, in his official capacity as Secretary of State of North Dakota; and DREW WRIGLEY, in his official capacity as The Attorney General of the State of North Dakota,<br><br>  Defendants. | **ORDER**<br><br>Case No. 1:23-cv-185 |

On April 29, 2024, the court convened a status conference with the parties pursuant D.N.D. Civ. L.R. 37.1.  The purpose of the conference was to address Defendants' concerns regarding Plaintiffs' delay in responding to their discovery requests.

Based upon the parties' discussions, it appears that Plaintiffs recently provided some materials to Defendants, who are in the process of reviewing them to determine whether they are responsive to their requests.  It also appears that there are five categories of documents that Defendants had requested and that Plaintiffs had previously indicated are forthcoming but have yet to be produced:

- Bids prepared and contracts from Accelevate for circulating petitions for referendums or initiatives from Mr. Pool/Accelevate;

- Accelevate's independent contractor agreements from 2022-2024;

- Accelevate's internal do not hire list and the list they have through a company called PCI;

1

- Emails and texts between Jared Hendrix/Retire Congress and U.S. Term Limits/Scott Tillman/Howie Rich; and

- The fully executed contract with Ballot Link, the petition management company that was hired to circulate the Age Limits Petition.

Pursuant to its discussion with the parties, the court **ORDERS** that Plaintiffs shall provide Defendants with the aforementioned five categories of documents by May 13, 2024.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court